WILLIAM Ross, Administrator, etc., Respondent, *v.* ANDREW
Roberts, impleaded, etc., Appellant, et al., Respondents.

(Submitted December 6, 1875; decided January 18, 1876.)

REPORTED below, 2 Hun, 90.

*B. W. & C. M. Woodward* for the appellant.

*Speir & Baker* for the respondents.

Agree to affirm.   No opinion.
All concur; MILLER, J., not sitting.
Judgment affirmed.